The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GRAHAM H. ROBINS, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) | Case No. 2:24-cv-00417-RAJ <br><br> **STIPULATED MOTION REGARDING PROCEDURES FOR THE REMOTE DEPOSITIONS OF AMERICAN TAX COMPLIANCE, LLC AND THEODORE G. RICHARDSON** <br><br> **NOTE ON MOTION CALENDAR** <br> February 12, 2026 |

Pursuant to Fed. R. Civ. P. 29 and 30(b)(4) and (5), the parties agree and stipulate to the following procedures with respect to the depositions of American Tax Compliance, LLC and Theodore G. Richardson to be taken on Tuesday, February 18, 2026, via an internet-based platform. The parties respectfully request that the Court approve their stipulation, with specific terms as follows:

1. These depositions will be recorded by stenographic means, pursuant to Fed. R. Civ. P. 30(b)(4).

STIPULATED MOTION REGARDING PROCEDURES FOR THE REMOTE DEPOSITIONS OF AMERICAN TAX COMPLIANCE, LLC AND THEODORE G. RICHARDSON (Case No. 2:24-cv-00417-RAJ)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Lit. Branch, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6495

2.     The court reporter/officer authorized to administer oaths under Fed. R. Civ. P. 28(a) may be in a different location than the deponents, their counsel, the Defendant's counsel, and the United States' counsel.

3.     Because the court reporter/Rule 28 officer will not be in the same room as the deponents when administering the oath, the parties agree that a remote administration of the oath will satisfy the requirements of Fed. R. Civ. P. 28 and that the depositions may be used in the same way as in-person depositions. The parties agree that the court reporter will administer the oath to the deponents through remote means, pursuant to the Federal Rules of Civil Procedure.

4.     The deponents' counsel may be in the same or a different location as the deponents. If in the same room as the deponents, their counsel will be visible on the same camera as the deponent or on counsel's own camera.

5.     Because the ability to take remote depositions depends on the participants' internet connections and technical competence, if the depositions are not completed on February 18 due to any technical malfunction, internet connectivity issue, or technical inability on the part of any participant, the depositions may be suspended until they may be continued, whether in person or remotely. The parties agree that any time devoted to resolving technical issues will not count toward the seven-hour time limit in Fed. R. Civ. P. 30(d)(1).

6.     The parties agree that the deponents will sit a few feet back from the computer screens while giving testimony, and that they will not consult any notes, texts, emails, chats, or anything of the sort during the deposition unless specifically requested to do so by a questioning attorney.

//

//

STIPULATED MOTION REGARDING PROCEDURES FOR THE REMOTE DEPOSITIONS OF AMERICAN TAX COMPLIANCE, LLC AND THEODORE G. RICHARDSON (Case No. 2:24-cv-00417-RAJ)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Lit. Branch, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-6495

| | |
|---|---|
| Dated: February 10, 2026 | Respectfully submitted, |
| | |
| | */s/ Kelark Azer Habashi* |
| | ANTHONY J. IOZZO (NY Bar # 5402649) |
| | KELARK AZER HABASHI (D.C. No. 90009126) |
| | Trial Attorneys, Tax Lit. Branch |
| | U.S. Department of Justice, Civil Division |
| | P.O. Box 683 |
| | Washington, D.C. 20044 |
| | Telephone: (202) 215-6297 (Iozzo) |
| | (202) 353-0014 (Azer Habashi) |
| | Facsimile: (202) 307-0054 |
| | Anthony.Iozzo@usdoj.gov |
| | Kelark.Azer.Habashi@usdoj.gov |
| | *Counsel for the United States of America* |
| | |
| | COLVIN &HALLETT, P.S. |
| | |
| | */s/*John M. Colvin |
| | JOHN M. COLVIN, WSBA #20930 |
| | Millennium Tower, Suite 711 |
| | Seattle, WA 98104 |
| | (206) 223-0800 |
| | (206) 467-8170 (fax) |
| | jcolvin@colvinhallettlaw.com |
| | *Counsel for Defendant* |

IT IS SO ORDERED.

_____
Hon. Richard A. Jones
UNITED STATES DISTRICT COURT JUDGE

STIPULATED MOTION REGARDING PROCEDURES FOR
THE REMOTE DEPOSITIONS OF AMERICAN TAX
COMPLIANCE, LLC AND THEODORE G. RICHARDSON
(Case No. 2:24-cv-00417-RAJ)

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Lit. Branch, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6495

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2026, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will provide electronic notice to counsel for all parties that have appeared in this action.

>*/s/ Kelark Azer Habashi*
> KELARK AZER HABASHI
> Trial Attorney, Tax Lit. branch
> U.S. Dept. of Justice, Civil Division

STIPULATED MOTION REGARDING PROCEDURES FOR THE REMOTE DEPOSITIONS OF AMERICAN TAX COMPLIANCE, LLC AND THEODORE G. RICHARDSON (Case No. 2:24-cv-00417-RAJ)

4

**U.S. DEPARTMENT OF JUSTICE**
Tax Lit. Branch, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6495